UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **FREDERICK BANKS** | : | **DOCKET NO. 2:20-cv-1610** |
| REG. # 05711-068 | | **SECTION P** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **S. MA'AT** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant action, docketed as Civil Action 2:20-1610, be **DISMISSED** and that all pleadings and orders be stricken and that the matter be **CLOSED** as duplicative of Civil Action 2:21-cv-1147.

**THUS DONE AND SIGNED** in Chambers this 23rd day of August, 2022.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE